**No. 57763.**—Richardson Tractor & Implement Co. and Geo. S. Bush & Co., Inc., a/c Van Waters & Rogers, Inc. v. United States, protests 177322–K and 135977–K (Seattle).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiffs was sustained.

**No. 57764.**—Kaufman & Vinson Co. v. United States, protests 185482–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.